**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Audrey Shannon James,<br><br>　　　　　　　Defendant. | No. CR-13-08238-PCT-NVW<br><br>**DETENTION ORDER** |

　　　On August 27, 2014, defendant Audrey Shannon James appeared before this Court on a petition to revoke conditions of release. The Court considered the information provided to the Court, and the arguments of counsel, in determining whether the defendant should be released on conditions set by the Court.

　　　The Court finds, by clear and convincing evidence, that the defendant has violated the conditions of release and there is no condition or combination of conditions available to the Court that will reasonably assure the appearance of the defendant as required or the safety of the community. 18 U.S.C.§ 3148(b).

　　　IT IS THEREFORE ORDERED that defendant be detained pending further proceedings.

　　　Dated this 28th day of August, 2014.

_____
JOHN A. BUTTRICK
United States Magistrate Judge