1    **WO**

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                       FOR THE DISTRICT OF ARIZONA

7

8    United States of America,              )    CR-13-8238-PCT-NVW
                                            )
9                 Plaintiff,                )
                                            )    **ORDER OF DETENTION**
10   vs.                                     )
                                            )
11   Audrey Shannon James,                   )
                                            )
12                Defendant.                 )
                                            )
13   _____   )

14          Defendant appeared before this Court on a Petition for Revocation of Supervised

15   Release.  The issue of detention was submitted to the Court.  The Court considered the

16   Petition and file in determining whether defendant should be released on conditions set by

17   the Court.

18          The Court finds that defendant has failed to carry her burden of establishing that she

19   does not pose a serious flight risk or danger to any other person or to the community pursuant

20   to Rule 32.1(a)(6), Federal Rules of Criminal Procedure.

21          The Court concludes, by a preponderance of the evidence, that defendant is a serious

22   flight risk and that there is no condition or combination of conditions that will reasonably

23   assure her appearance at future proceedings.

24          The Court also concludes, by a preponderance of the evidence, that defendant is a

25   danger and that there is no condition or combination of conditions that will reasonably assure

26   the safety of the community.

27

28

1    IT IS THEREFORE ORDERED that defendant be detained pending further

2    proceedings.

3    DATED this 13th day of June, 2016

Michelle H. Burns
United States Magistrate Judge